FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

D. D., a minor, by and through his Guardian Ad Litem, Michaela Ingram,

Plaintiff-Appellant,

v.

LOS ANGELES UNIFIED SCHOOL DISTRICT,

Defendant-Appellee.

No. 19-55810

D.C. No.
2:19-cv-00399-PA-PLA
Central District of California,
Los Angeles

ORDER

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.